**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JOSEPH A. CELLANTE<br>DONNA L. CELLANTE<br>        Debtor(s)<br><br>Ronda J. Winnecour<br>        Movant<br>       vs.<br>No Repondents. | Case No.:05-30935 TPA<br><br>Chapter 13<br><br>Document No.: |

**TRUSTEE'S CERTIFICATION OF COMPLETION OF THE**
**CHAPTER 13 PLAN AND FINAL ACCOUNTING**

AND NOW, this 4th day of June, 2010, the Chapter 13 Trustee hereby certifies to this Honorable Court that the plan and accounting have been completed. The Trustee further certifies to this Honorable Court that all distribution checks have been finally negotiated or deposited in the Registry of the Bankruptcy Clerk.

6/4/2010                                                                 /s/  Ronda J. Winnecour
                                                                                  Ronda J. Winnecour Pa. ID  #30399
                                                                                  Chapter 13 Trustee WD PA
                                                                                  Suite 3250 US Steel Tower
                                                                                  Pittsburgh, PA 15219
                                                                                  (412) 471-5566

**ORDER**

AND NOW, this _____ day of _____, _____, upon consideration of the Chapter 13 Trustee's representations to this Court that all matters relating to the Chapter 13 plan and accounting have been completed and upon the Chapter 13 Trustee's further representation that all distribution checks have been finally negotiated or deposited in the Registry of the Bankruptcy Clerk, it is hereby Order and Decreed as follows:

1)  That a Final Decree is entered.
2)  That the case be closed.
3)  That the Chapter 13 Trustee is discharged.

                                                             By the Court:

_____                              _____
        Date                                                                       U.S. Bankruptcy Judge